NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ARACHNID, INC.,**

---

2011-1430
(Reexamination No. 90/010,094)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

STEPHEN M. HANKINS, Schiff Hardin LLP, of San Francisco, California, argued for appellant. On the brief were JAMES P. MURPHY and DAVID Z. PETTY, McAndrews Held & Malloy, Ltd., of Chicago, Illinois.

FRANCES M. LYNCH, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, and LYNNE E. PETTIGREW, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 9, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |